# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2006

130064(18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARTHUR Y. LISS and BEVERLY LISS,
      Plaintiffs/Counter Defendants/
      Appellees,

v

LEWISTON-RICHARDS, INC.,
and JASON P. LEWISTON,
      Defendants/Counter Plaintiffs/
      Appellants.
_____

SC: 130064
COA: 266326
Oakland CC: 03-046587-CK

      On order of the Chief Justice, the motion by defendants-appellants for extension to July 20, 2006 of the time for filing their brief on appeal is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2006

_____
Clerk